# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 21-10180 |
| **Richard A. Williams AKA Richard A.** | : **Chapter 13** |
| **Williams, Jr.** | : **Judge Ashely M. Chan** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : |
| | |
| **Richard A. Williams AKA Richard A.** | : |
| **Williams, Jr., Kenneth E. West** | : **Related to Document No. 50** |
| Creditor | : |
| **v.** | : |
| | : |
| **PNC Bank, NA** | : |
| Respondent | : |

## STIPULATION OF MOTION TO DETERMINE VALUE OF PNC BANK'S ALLOWED SECURED CLAIM (DOCKET # 50)

This matter having come before the Court on the Motion to Determine Value of PNC Bank's Allowed Secured Claim which was filed in this court by Richard A. Williams AKA Richard A. Williams, Jr. (" Debtor") and the response thereto **of** PNC Bank, NA ("Creditor") as Docket Number 50. Parties stipulate to the following and request a Court Order approving same.

1. The Parties agree that Debtor's 2017 Ford Expedition with the Vehicle Identification Number 1FMJU1MT2HEA03284 (the "Collateral") shall be valued at $34,775.00.

2. The Parties agree that the claim Creditor's claim is hereby bifurcated into a secured claim in the amount of $34,775.00. and an unsecured claim in the amount of $3,363.40.

3. The secured claim shall be paid entirely through the Debtor's chapter 13 plan at the rate of 0.00%.

4. The remaining unsecured portion of the claim shall be entitled to distribution from the unsecured creditors' pool.

5. Debtor shall file an amended plan to reflect the terms outlined above.

6. Upon completion of the Trustee's payments to Creditor, Creditor shall release the title of the Collateral.

22-001406_SCS2

7. In the event that Debtor's case is dismissed or converted to a Chapter 7, or relief is obtained by Creditor, this agreement is null and void.

                                                MANLEY DEAS KOCHALSKI LLC

Dated: February 3, 2022                               BY: /s/ Alyk L. Oflazian
                                                Alyk L. Oflazian (312912)
                                                Manley Deas Kochalski LLC
                                                P.O. Box 165028
                                                Columbus, OH  43216-5028
                                                614-220-5611; Fax 614-627-8181
                                                Email: ALOflazian@manleydeas.com
                                                Attorney for Creditor

Dated: February 3, 2022                               BY: /s/ Michael I. Assad
                                                Michael I. Assad
                                                1500 Walnut St
                                                Ste 900
                                                Philadelphia, PA 19102
                                                Email:  mail@cibiklaw.com
                                                Attorney for Debtor

I do not object to the foregoing Stipulation

/s/ Jack Miller               no objection to its terms, without prejudice to any of our rights and remedies
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA  19107